# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| ERIK B. CHERDAK | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:11 cv 526 LO/TCB |
| KENNETH COLE PRODUCTIONS, INC. | ) | |
| *Defendant* | ) | |

RECEIVED
2011 MAY 23 P 3: 24
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kenneth Cole Productions, Inc.
603 West 50th Street
New York, NY 10019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Daniel S. Ward
Ward & Ward, PLLC
2020 N Street, NW
Washington, DC 20036
(202) 331-8160; (202) 503-1455 fax; dan@wardlawdc.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____May___, 2011_____      _____
*Signature of Clerk or Deputy Clerk*